## MINNISH v. RAILROAD CO.

(Filed May 3, 1904).

CARRIERS—*Mileage Book—Contracts—Executors and Administrators.*

> Where a carrier sells mileage, and the purchaser dies, the carrier is not required to carry the body of the deceased purchaser on such mileage.

ACTION by W. L. Minnish against the Southern Railway Company, heard by *Judge T. J. Shaw* and a jury, at November Term, 1903, of the Superior Court of CALDWELL County. From a judgment for the plaintiff both parties appealed.

*Edmund Jones* and *Lawrence Wakefield,* for the plaintiff.
*S. J. Ervin,* for the defendant.

PER CURIAM. The plaintiff had no contract with the defendant to transport the body of his deceased wife from Washington to Hickory. The mileage book was issued to her, and at her death the unused mileage goes to her personal representatives. In no aspect of the evidence is the plaintiff entitled to maintain the action. It must be dismissed.

Action Dismissed.